UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 22-cr-101-2 (KMM/TNL)

UNITED STATES OF AMERICA,

    Plaintiff,

**MOTION TO UNSEAL**

v.

BRENDAN LUMBERT,

    Defendant.

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Emily Polachek, Assistant United States Attorneys, hereby moves the Court to unseal the above-referenced defendant in case 22-cr-101 (KMM/TNL).

Dated: May 26, 2022

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

BY: *s/ Emily Polachek*
EMILY A. POLACHEK
Assistant United States Attorney