UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Brendan Lumbert,<br><br>Defendant. | Case No. 22-cr-101 (2) (KMM/TNL)<br><br><br>ORDER |

This matter comes before the Court on the Government's Unopposed Motion for Extension of Time to File Response and Continue Motion Hearing, ECF No. 122. Because the case has been assigned to a new attorney and because the Government is determining witness availability, counsel requests a two-week extension to file responses to Defendant's pretrial motions and for the motions hearing to be continued. ECF No. 122 at 1. Defendant does not oppose the requested extension. *Id.* The Court finds good cause to grant this request. Time under the Speedy Trial Act is already being excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and the Court finds good cause to exclude time through the date of the new motions hearing.

Based on all the files, records, and proceedings herein, and for good cause shown, **IT IS HEREBY ORDERED** that:

1. All responses to motions must be filed by **March 14, 2025**. *See* D. Minn. LR 12.1(c)(2).

2.   Any Notice of Intent to Call Witnesses must be filed by **March 14, 2025**. *See* D. Minn. LR. 12.1(c)(3)(A).

3.   Any Responsive Notice of Intent to Call Witnesses must be filed by **March 19, 2025**. *See* D. Minn. LR 12.1(c)(3)(B).

4.   A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a.   The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b.   Oral argument is requested by either party in its motion, objection or response pleadings.

5.   Motions will be heard before Magistrate Judge Tony N. Leung at a motions hearing held on **March 27, 2025, at 1:30 p.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. *See* D. Minn. LR 12.1(d).

Date: March 3, 2025

*/s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Lumbert*
Case No. 22-cr-101 (2) (KMM/TNL)