# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-101(2) (KMM/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Brendan Lumbert, | |
| Defendant. | |

This matter is before the Court on Defendant Brendan Lumbert's Motion to Allow Defense Witness to Testify Remotely During the Pretrial Motions Hearing ("Motion") (ECF No. 131). Mr. Lumbert asks the Court to allow his 78-year-old grandfather, Robert Littler, to testify remotely at the May 8, 2025 motion hearing before this Court. (*Id.*) The Court recognizes that travel for Mr. Littler may be inconvenient and difficult, but unfortunately, the undersigned does not have a courtroom equipped with the necessary technology or staff trained as needed to allow remote testimony at the hearing. The Motion is therefore denied.

## ORDER

Based on the foregoing, and on all the files, records, and proceedings here, **IT IS HEREBY ORDERED** that Brendan Lumbert's Motion to Allow Defense Witness to Testify Remotely During the Pretrial Motions Hearing (ECF No. 131) is **DENIED**.

Dated: April 25, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge